```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

NICK LEWIS DIZDAR                              CIVIL ACTION

VERSUS                                         NO: 11-1845

ST. JOHN PARISH, ET AL.                        SECTION: R(4)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Dizdar's section 1983 claims against the State of Louisiana Department of Correction are DISMISSED without prejudice as frivolous and for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. 1915(e) and 1915A.

IT IS FURTHER ORDERED that Dizdar's section 1983 claims against St. John Parish, Captain Shirley Grey, Turning Point Outreach Ministries, and Robert Penn are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. 1915(e) and 1915A.

---

[1]  R. Doc. 6.

IT IS FURTHER ORDERED that Dizdar's section 1983 claims against Parole Officer Jeff Quinn, and the St. Tammany Department of Parole and Probation are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. 1915(e) and 1915A.

New Orleans, Louisiana, this 21st day of March, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE